UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

  v.

MICHAEL D. SAFFORD,

              Defendant.

CASE NO. CR18-131 RAJ

**ORDER DIRECTING PARTIES TO FILE A STATUS REPORT BY JUNE 21, 2018**

       The Court conducted a detention hearing on June 13, 2018. The government argued, among other things, that defendant should be detained on the grounds he might be involved in a shooting that is currently being investigated by state authorities. The Court continued the detention hearing directing the parties to obtain further information about the shooting. The parties were also directed to coordinate a new detention hearing date, and to contact the clerk as to a mutually agreeable hearing date.

       The Court assumed the parties would be able to quickly agree to the date to which the detention hearing would be continued. However, because the Court has not yet received information from the parties as to the status of this matter, or a proposed new date, the Court directs the parties to file a joint status report as to when the detention hearing can be set. The status report shall be filed by **Thursday, June 21, 2018.**

1   If the parties cannot agree on a date, each side shall set forth in the status report its
2   position on when a hearing date should be set, with supporting arguments. The Court will set a
3   hearing based upon the joint status report submitted.
4   DATED this 19th day of June, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DIRECTING PARTIES TO FILE A
STATUS REPORT BY JUNE 21, 2018 - 2